**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ ) | |
| (DROSPIRENONE) MARKETING, SALES ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY ) | |
| LITIGATION ) | **MDL No. 2100** |
| ) | |

**This Document Relates To:**

| | |
|---|---|
| *Kimberly Willis v. Bayer Corporation, et al.* | No. 10-cv-20007-DRH |
| *Cheryl A. Hahn v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20182-DRH |
| *Danielle Hawkins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10404-DRH |
| *Karen S. Henderson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10405-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on April 20, 2015, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

Digitally signed by
David R. Herndon
Date: 2015.04.21
08:54:39 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT